ORIGINAL
cc-Fler, KJM

IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF Hawaii
_____ DIVISION

*(Write the District and Division, if any, of
the court in which the complaint is filed.)*

**FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII**

**OCT 2 6 2023**

at __1__ o'clock and _00_ min. _P_ M
Lucy H. Carrillo, Clerk    *w*

Deandra M.K.K Huffman

_____

_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**-against-**

Vincent W. Versaci

Kimberly B. Allen

Mark Kassner

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

**Complaint for a Civil Case** *"UNPAID, IPP SUBM"*

Case No. **CV23  00436** KJM

*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes    ☒ No
            *(check one)*

Exhibits : A-N

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Deandra MKK Huffman |
| Street Address | 330 Saratoga Rd PO Box 8383 |
| City and County | Honolulu |
| State and Zip Code | Hawaii 96830 |
| Telephone Number | NA |
| E-mail Address | dmkk.huffman@gmail.com |

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Vincent W. Versaci |
| Job or Title (if known) | Judge |
| Street Address | 612 State Street |
| City and County | Schenectady, County of Saratoga |
| State and Zip Code | New York 12305 |
| Telephone Number | 518-285-8455 |
| E-mail Address (if known) | vversaci@nycourts.gov |

Defendant No. 2

| | |
|---|---|
| Name | Kimberly B. Allen |
| Job or Title (if known) | Attorney |
| Street Address | 376 Broadway Suite 211 |
| City and County | Saratoga Springs, County of Saratoga |

2

| | |
|---|---|
| State and Zip Code | New York 12866 |
| Telephone Number | 518-583-7300 |
| E-mail Address (if known) | kimberly@kimberlyallenlaw.com |

**Defendant No. 3**

| | |
|---|---|
| Name | Mark Kassner |
| Job or Title (if known) | Attorney |
| Street Address | 133 Saratoga Rd. |
| City and County | Glenville |
| State and Zip Code | New York 12302 |
| Telephone Number | 518-377-3423 |
| E-mail Address (if known) | mkassnerlaw@gmail.com |

**Defendant No. 4**

| | |
|---|---|
| Name | NA |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

&#8864; Federal question &#8864; Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 U.S. Code § 80a–35 - Breach of fiduciary duty

18 U.S. Code § 1001 - Statements or entries generally

42 U.S. Code § 1983 - Civil action for deprivation of rights

FARA ACT

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* Deandra M.K.K Huffman , is a citizen of the State of *(name)* Hawai'i .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

4

b.   If the defendant is a corporation

The defendant, *(name)* _____Vincent W. Versaci_____, is incorporated under the laws of the State of *(name)* _____New York_____, and has its principal place of business in the State of *(name)* _____New York_____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)* See attached page 5 continuation The Defendant(s)

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

I am unable to work feared and stressed for our lives and that my kids will be taken from me. I am emotionally distressed because of the demands, threats, coercion of being prejudice, not able to obtain an attorney to negotiate my case. An Attorney was obtained for my children without my express written consent. A warrant will be put out for my arrest if I do not cooperate. I need an attorney to negotiate.

**III.   Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

See attached pages

5

## 2. The Defendant(s)

If the defendant is a corporation The defendant, (name) _____

**Kimberly Allen**___, is incorporated under the laws of the State of (name) __**New York**_____, and has its principal place of business in the State of (name) ___**New York**_____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.


If the defendant is a corporation The defendant, (name) ___

**Mark Kassner**_____, is incorporated under the laws of the State of (name) _____**New York**_____, and has its principal place of business in the State of (name) _____**New York**____. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) _____.

5a

## III. Statement of Claim

**Video/Phone Conference June 8, 2023** - During the conference Judge Versaci asked me if I had an attorney to represent me. I stated that I did not have an attorney. He then demanded in an unfriendly controlling voice that I obtain one before any decision can be made. So he rescheduled the conference for July 10, 2023.

**July 9, 2023** - Sent Judge Versaci 13 documents via the New York State Court System, 3 of which was a Letter to him for remedy to this case on part, the other was an Affidavit requesting the same remedy, and last a Marital Settlement and Divorce Confidentiality Agreement. All 3 documents were notarized. I stated in the Affidavit that I did not want legal representation.

**Video/Phone Conference July 10, 2023** - During the conference Judge Versaci asked me if I had an attorney to represent me, I stated that I did not have an attorney. He then demanded in an unfriendly and controlling manner that I get one. (He made me feel uncomfortable and fearful of him and made me feel like I have no chance in this case.) Judge Versaci also demanded that he need to see me on video chat instead of phone. He also stated who am I talking to because he could not see me.

(**According a letter that was sent to me by his secretary, it stated, "Appearances are typically made via video for virtual  conferences, requiring that a valid email address be provided to the Court for receipt of your conference invitation. However, in the event you do not use email or are otherwise unable to appear by video, you may dial 1 (347) 378-4143 and, when prompted, 367387995# to participate via telephone.)

I refused to do video chat as I had an option to participate via telephone because my Abuser (Plaintiff) was present via video chat and I did not want to see my abuser. I did not feel comfortable. Judge Vincent Versaci demanded in a controlling manner tone of voice that the next time I be present via video chat.

Judge Versaci stated to me "its your responsibility to obtain counsel and you do not dictate how this conference goes and you dont dictate the terms how this is settled." as he was referring to my Affidavit and Letter that I submitted and addressed as my terms and conditions. He also acknowledged that a few on my documents were notarized and he questioned "would it make sense to move this (case) out to some place in the pacific region of the United States? He also stated "legalities is very difficult here (New York)

(**Plaintiff sold property in New York on 5-5-2023, moved to California. I (Defendant) filed for Divorce the second time in Hawaii on 5-26-2023. My documents were undeliverable because Plaintiff and Plaintiff Attorney refuse to disclose physical address where I could send my court documents to Plaintiff for processing.

1

*56*

Judge Versaci stated to me "you're entitled to represent yourself as foolish as it might be." He mentioned that he signed off to obtain an attorney for my children.

(I did not sign, agree, give express consent to have my children represented by an attorney. (Title 18 USC 2725)

He demanded in a controlling voice that I contact and attorney in upstate New York to discuss representation for me. He stated "Primary concern is the custody of visitation."

Attorney Allen for Plaintiff stated to me "you need an attorney to negotiate"

Attorney Mark for Children stated to me "you need to get attorney." He also requested to speak with his clients which is my minor children who is unable to speak on their own behalf. Ages 5,4,2)

**Video/Phone Conference August 10, 2023** - Judge Versaci demanded in a unfriendly controlling voice that I call the public defender's office to obtain an attorney because he knows people there. I told him I will, even though it was going against my rights.

Attorney Allen for Plaintiff stated "I've been going beyond to delay case"

Judge Versaci stated "Does it make sense that this case be in New York?"

Attorney Allen for Plaintiff stated "yes everyone is in New York"

Judge Versaci stated "doesn't matter about attorneys, clients matter"

Attorney Allen for Plaintiff "there are only allegations about the abuse from my client." (as she was referring to the text messages and video from her client)

Judge Versaci warned me and demanded in an unfriendly controlling voice to contact an attorney to represent me before next conference and he demanded AGAIN that by the next conference I need to be seen via video chat with an attorney as he says the phone conference is ineffective for them (aka Judge, Attorneys Allen and Mark)

**Video Phone Conference September 7, 2023** – Judge states, "I am misleading the court, not doing as directed."

Judge states, "I know you're at a disadvantage here (New York). I know this is complicated but you refuse to take the directions and orders of this court."

Judge threatens me by stating, "you have to be more cooperative than you have been thus far to make sure that there is sufficient contact under the terms of the order, understand that. If you do not, you could be held in contempt of the court. That's not something you want to have done because there is a number of remedies available to me including signing a warrant for your arrest."

Plaintiff agreed to purchase and provide a means of communication for his children by the next conference via postal mail but I have not received anything from him.


**October 25, 2023** – Attorney Allen states via email "Attached are copies of the discovery demands served upon you via NYSCEF on this date."


I requested to Divorce on July 10, 2023 as my Marital Settlement and Confidentiality Agreement was my remedy. I was denied because I did not have legal representation. I was denied because Plaintiff refuse to have visitation in Hawaii. I am forced against my will by Judge Versaci and the Attorneys to listen to them or else loosing this case because Plaintiff refuses to agree with the custody and visitation written in the Marital Settlement. I am overwhelmed by their demands and for prolonged periods because I do not have legal counsel in order for Judge Versaci to make a decision on the custody and visitation.


I moved out of New York September 12, 2022. Plaintiff was stationed in the Military in Guam than moved to California 2023. He sold his home in New York on May 5, 2023 and living in California somewhere.


I believe there is no jurisdiction for this case in New York because both I (Defendant) and (Plaintiff) are no longer living in that state. This is not in Good Faith according to Judiciary Policy, Vol. 2A, CH. 2, Canon 3 A(1)(3)(4) B(3)(4)(6) C(1)(a).


I addressed to the court that I am afraid for me and my children's lives. I want to move on with my children. Our life in New York is no longer there. I feel like a hostage because I refuse to seek legal counsel.

3

5d

**IV.    Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the court for relief for full legal, sole, physical custody of my three children ages 5, 4, 3.

I like to be divorced from my abuser effective immediately. I like to have no contact by any means with my abuser for the safety and well-being of myself and my children.

I would like to be compensated for the hard work I put in this case and the case in New York.

**V.    Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _Oct. 25_, 20_23_.

Signature of Plaintiff     _____

Printed Name of Plaintiff   _Huffman, Deandra -MKK_

**B.     For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney        _____

Printed Name of Attorney     _____

Bar Number                   _____

Name of Law Firm             _____

Address                      _____

Telephone Number             _____

E-mail Address               _____

7

# HAWAII NOTARY ACKNOWLEDGEMENT
## (INDIVIDUAL)

State of Hawaii                              )
                                             ) SS
City and County of Honolulu                  )

On this _25_ day of _October_____, 20_23_, before me personally appeared _Deandra Huffman_____, to me known to be the person (or persons) described in and who executed the foregoing instrument, and acknowledged that he/she/they executed the same as his/her/their free act and deed.

Description of Document: _Complaint for a Civil Case_
Date of Document: _10/25/2023_
No. of Pages: _11_

_____                          (Seal)
Signature of Notary Public

_Mihail Gilevich_____
Printed Name of Notary Public

Commission Expiration Date: _July 10, 2024_

MIHAIL GILEVICH #16-241
My commission expires July 10, 2024

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.

**Case Number:** _____

**Case Name:** _____

| Exihibit No. | Description | Offered | Admitted |
|---|---|---|---|
| A | Letter to Mr. Versaci by Me on July 5, 2023 | | |
| B | MARITAL SETTLEMENT AND DIVORCE CONFIDENTIALITY AGREEMENT BY Me on July 7, 2023 | | |
| C | Testimony AFFIDAVIT OF FACTS Under God by Me on July 9, 2023 | | |
| D | Redacted MARITAL SETTLEMENT AND DIVORCE AGREEMENT By Kimberly Allen on July 24, 2023 | | |
| E | Re: Motion for Change Of Venue by Me to Judge Versaci On Aug. 31, 2023 | | |
| F | Letter from New York State Commission on Judicial Conduct received on Sep. 11, 2023 | | |
| G | DURABLE POWER OF ATTORNEY by Me on Oct 23, 2023 | | |
| H | Complaint to United States Department Of Justice Civil Rights Division by Me on Oct 24, 2023 | | |
| I | Order Directing Preliminary Conference by Hon. Vincent W. Versaci on May 3, 2023 | | |
| J | Judicial Assignment Notice on May 16, 2023 | | |
| K | Letter from Chambers Of The Surrogate on May 3, 2023 | | |

**Case Number:** _____

**Case Name:** _____

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| L | Email from Kimberly Allen on Oct. 25, 2023 | | |
| M | DEMAND FOR DISCOVERY by Kimberly | | |
| | Allen on Oct. 25, 2023 | | |
| N | COMBINED DISCOVERY DEMANDS by | | |
| | Kimberly Allen on Oct. 25, 2023 | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |