## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| DEANDRA M.K.K. HUFFMAN | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00436 LEK-KJM |
| V. | |
| VINCENT W. VERSACI; KIMBERLY B. ALLEN; and MARK KASSNER | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Jul 12, 2024, 6:56 am Lucy H. Carrillo, Clerk of Court |
| Defendants. | |

[ ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[✓] **Decision by Court**. This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice and judgment is entered, pursuant to the "Order to Show Cause", ECF No. 25, filed May 24, 2024, the "Findings and Recommendation to Dismiss Plaintiff Deandra M.K.K. Huffman's Complaint for Failure to Prosecute", ECF No. 26, filed June 26, 2024 and the "Order Adopting Magistrate Judge's Findings and Recommendation", ECF No. 27, filed July 11, 2024.

| | |
|---|---|
| July 12, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |